| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>Attorneys for Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series 2007-CH5 | |
| In Re:<br>Charles Specht<br>dba Charles J Specht & Sons, LLC<br><br>Debtor | Case No: <u>19-27530 MBK</u><br><br>Chapter: <u>13</u><br><br>Judge: Michael B. Kaplan |

**NOTICE OF APPEARANCE**

      Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series 2007-CH5. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.


Date: 09/25/2019

                                      **/s/Rebecca A. Solarz, Esquire**
                                      Rebecca A. Solarz, Esquire
                                      **KML Law Group, P.C.**
                                      216 Haddon Avenue, Ste. 406
                                      Westmont, NJ 08108
                                      (609) 250-0700 (NJ)
                                      (215) 627-1322 (PA)
                                      FAX: (609) 385-2214
                                      Attorney for Movant/Applicant

*new 8/1/15*