UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAVERY & SIRKIS, ESQUIRES
Joan Sirkis Warren, Esq.
699 Washington Street, Suite 103
Hackettstown, NJ  07840
(908) 850-6161
I.D. #JW4841
Attorney for Debtor, Charles Specht

**Order Filed on October 9, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Charles Specht

Case No.:   19-27530

Adv. No.:

Hearing Date:

Judge:  Michael B. Kaplan

## ORDER EXTENDING THE AUTOMATIC STAY AS TO MR. COOPER, SLS, EAGLE ROCK RESORT AND CAPITAL ONE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED: October 9, 2019

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

LAVERY & SIRKSI, Esquires
Joan Sirkis Warren, Esquire
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908)850-6161
ID#JW4841
Attorney for the Debtor, Charles Specht

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| Charles Specht, | : | |
| | : | CHAPTER 13 CASE NO.  19-27530/MBK |
| Debtors | : | |
| | : | ORDER TO EXTEND THE AUTOMATIC STAY AS TO MR. COOPER, SLS, EAGLE ROCK RESORT AND CAPITAL ONE |

Upon the motion of Joan Sirkis Warren, attorney for the debtor Charles Specht, and the

Court having considered the moving papers and the opposition, if any, and for good cause

shown;

**ORDERED AS FOLLOWS:**

1.  The automatic stay as to Mr. Cooper, SLS, Eagle Rock Resort and Capital One

be extended.