| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street, Suite 103<br>Hackettstown, NJ 07840<br>(908) 850-6161<br>I.D. #JW4841<br>Attorney for Debtor, Charles Specht |
|---|

Order Filed on October 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Charles Specht | Case No.: 19-27530<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |
|---|---|

<u>**ORDER EXTENDING THE AUTOMATIC STAY AS TO MR. COOPER, SLS, EAGLE ROCK RESORT AND CAPITAL ONE**</u>

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 9, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

LAVERY & SIRKSI, Esquires
Joan Sirkis Warren, Esquire
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908)850-6161
ID#JW4841
Attorney for the Debtor, Charles Specht

| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
| --- | --- | --- |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| Charles Specht, | : |  |
|  | : | CHAPTER 13 CASE NO. 19-27530/MBK |
| Debtors | : |  |
|  | : | ORDER TO EXTEND THE AUTOMATIC STAY AS TO MR. COOPER, SLS, EAGLE ROCK RESORT AND CAPITAL ONE |

Upon the motion of Joan Sirkis Warren, attorney for the debtor Charles Specht, and the Court having considered the moving papers and the opposition, if any, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The automatic stay as to Mr. Cooper, SLS, Eagle Rock Resort and Capital One be extended.

United States Bankruptcy Court
District of New Jersey

In re:  
Charles Specht  
       Debtor

Case No. 19-27530-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 09, 2019  
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.  
db            +Charles Specht,    114 Rake Factory Road,    Flemington, NJ 08822-5625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:  
       Albert  Russo    docs@russotrustee.com  
       Aleisha Candace Jennings     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
        ajennings@rasflaw.com  
       Joan Sirkis Warren     on behalf of Debtor Charles  Specht joan@joanlaverylaw.com  
       R. A. Lebron     on behalf of Creditor     FEDERAL NATIONAL MORTGAGE ASSOCIATION  
        bankruptcy@feinsuch.com  
       Rebecca Ann Solarz     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for  J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series 2007-CH5 rsolarz@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                     TOTAL: 6