UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-27530 |
| Charles Specht | Chapter: 13 |
| | Judge: MBK |

## NOTICE OF PROPOSED PRIVATE SALE

__Charles Specht__, __debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __November 5, 2019__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, __50 Walnut Street, Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 42 West Dory Drive, Little Egg Harbor, NJ

Proposed Purchaser: Samantha Specht and Stephanie Specht

Sale price: $ 270,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Joan Sirkis Warren, Attorney
Amount to be paid: $1100.00
Services rendered: Real estate closing fee

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joan Sirkis Warren

Address: 699 Washington Street, Suite 103, Hackettstown, NJ 07840

Telephone No.: 908-850-6161

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 19-27530-MBK
Charles Specht                                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1                 Date Rcvd: Oct 15, 2019
                              Form ID: pdf905             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db            +Charles Specht,    114 Rake Factory Road,    Flemington, NJ 08822-5625
518457642      Eagle Rock Resort,    c/o Lorine Angelo Ogurkis, Esq,    1031 Valley of Lakes,
                Hazleton, PA 18202
518457643     +Mr. Cooper,   8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
518457644     +RAS Citron Law Offices,    130 Clinton road, Suite 202,    Fairfield, NJ 07004-2927
518457645     +SLS,   8742 Lucent Boulevard,   Suite 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2019 01:26:03      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2019 01:25:59      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ   07102-5235
518457641      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2019 01:32:05      Capital One,
                PO Box 6492,   Carol Stream, IL 60197-6492
518475977     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2019 01:32:14
                Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518457640       43 North Main
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Joan Sirkis Warren    on behalf of Debtor Charles   Specht joan@joanlaverylaw.com
              R. A. Lebron    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series
               2007-CH5 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6