**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 19-27530-MBK |
| Charles J Specht | CHAPTER 13 |
| dba Charles J Specht & Sons, LLC, | |
|    Debtor. | |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 Clinton Road, Suite 202**
**Fairfield, NJ 07004**

                                        RAS Citron, LLC
                                        Attorney for Secured Creditor
                                        10700 Abbott's Bridge Road
                                        Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112

                                        By: /s/Aleisha C. Jennings
                                              Aleisha C. Jennings, Esquire
                                              Email: ajennings@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAVERY & SIRKIS

699 WASHINGTON ST. SUITE 103

HACKETTSTOWN, NJ 07840

ALBERT RUSSO

STANDING CHAPTER 13 TRUSTEE

CN 4853

TRENTON, NJ 08650-4853

U.S. TRUSTEE

ONE NEWARK CENTER STE 2100

NEWARK, NJ 07102

CHARLES J SPECHT

dba Charles J Specht & Sons, LLC

114 RAKE FACTORY ROAD

FLEMINGTON, NJ 08822

    RAS Citron, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road
    Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Aleisha C. Jennings
    Aleisha C. Jennings, Esquire
    Email: ajennings@rasnj.com