UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>R.A. LEBRON, ESQ.<br>FNME1963<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>CHARLES SPECHT dba CHARLES J SPECHT & SONS, LLC<br><br>Debtor(s). | Case No.:  19-27530 MBK<br><br>Chapter:  13<br><br>Judge:  Honorable Michael B. Kaplan |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>FEDERAL NATIONAL MORTGAGE ASSOCIATION</u>. This party is a party in interest in this case and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                         Counsellors at Law
                         7 Century Drive - Suite 201
                         Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                      **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                      Attorneys for FANNIE MAE

Dated: <u>October 28, 2019</u>        By:<u>/s/ R.A. Lebron, Esq.</u>
                                  R.A. LEBRON, ESQ.

Case No.:  19-27530 MBK