UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

LAVERY & SIRKIS, ESQUIRES
Joan Sirkis Warren, Esq.
699 Washington Street
Suite 103
Hackettstown, NJ 07840
(908) 850-6161
Attorney for Debtor, Charles Specht

In Re:

Charles Specht,

Case Number: 19-27530

Hearing Date: 

Judge: MBK

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

Upon the Debtor's motion for authorization to sell the real property commonly known as <u>42 West Dory Drive, Little Egg Harbor, NJ 07102</u>, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be applied to satisfy the liens on the Real Property.

3. ☐  Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

OR: ☑ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The balance of proceeds shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee five days after closing.

8. Other provisions:_____

_____

_____

_____

*rev. 12/21/04*