| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>Attorney for Debtor, Charles Specht | Order Filed on November 6, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>Charles Specht, | Case Number:  19-27530<br>Hearing Date:<br>Judge:  MBK<br>Chapter:  13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## AMENDED
### ORDER AUTHORIZING
### SALE OF REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 42 West Dory Drive, Little Egg Harbor, NJ 07102, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be applied to satisfy the liens on the Real Property.

3. ☐ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

**OR:** ☑ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The balance of proceeds shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee five days after closing.

8. Other provisions: 1. A Sheriff's Sale was completed prior to the Bankruptcy Filing. 2. Pursuant to 11 USE 108(b), the statutory redemption period was extended to 11/11/19 the Debtor shall complete redemption prior to expiration of the redemption period. 3. The sale shall be completed in accordance with the state and federal law. Therefore, the debtor shall

*rev. 12/21/04*

8. Other provisions continued:  <u>complete redemption through the Sheriff's Department.  4.  Until Redemption is completed, the sale shall not be free and clear of liens.  Therefore, if redemption is not completed timely, the sale shall become null and void.  5.  All non-exempt proceeds to be paid to Chapter 13 Trustee the debtor is proposing a 100% plan.</u>