| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>Attorney for Debtor, Charles Specht | Order Filed on November 6, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Charles Specht, | Case Number:    19-27530<br><br>Hearing Date:<br><br>Judge:    Michael B. Kaplan<br><br>Chapter:    13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 42 West Dory Drive, Little Egg Harbor, NJ 07102_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be applied to satisfy the liens on the Real Property.

3. ☐ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

**OR:** ☑ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The balance of proceeds shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee five days after closing.

8. Other provisions: 1. A Sheriff's Sale was completed prior to the Bankruptcy Filing. 2. Pursuant to 11 USE 108(b), the statutory redemption period was extended to 11/11/19 the Debtor shall complete redemption prior to expiration of the redemption period. 3. The sale shall be completed in accordance with the state and federal law. Therefore, the debtor shall

*rev. 12/21/04*

8. Other provisions continued: <u>complete redemption through the Sheriff's Department.  4. Until Redemption is completed, the sale shall not be free and clear of liens.  Therefore, if redemption is not completed timely, the sale shall become null and void.  5.  All non-exempt proceeds to be paid to Chapter 13 Trustee.</u>

United States Bankruptcy Court
District of New Jersey

In re:  
Charles Specht  
      Debtor

Case No. 19-27530-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
db           +Charles Specht,    114 Rake Factory Road,    Flemington, NJ 08822-5625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@rasflaw.com  
         Joan Sirkis Warren    on behalf of Debtor Charles  Specht joan@joanlaverylaw.com  
         R. A. Lebron    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series 2007-CH5 rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 6