| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **FEIN, SUCH, KAHN & SHEPARD, P.C.** |
| Counsellors at Law |
| 7 Century Drive - Suite 201 |
| Parsippany, New Jersey 07054 |
| (973) 538-9300 |
| Attorneys for Movant |
|  FEDERAL NATIONAL MORTGAGE ASSOCIATION |
| R.A. LEBRON, ESQ. |
| FNME1963 |
| bankruptcy@feinsuch.com |

**Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 19-27530 MBK |
| CHARLES SPECHT dba CHARLES J SPECHT & SONS, LLC | Adv. No.: |
| | Hearing Date: November 13, 2019 |
| Debtor(s). | Judge: Honorable Michael B. Kaplan |

**ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY AND
GRANTING PROSPECTIVE RELIEF**

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Movant, FEDERAL NATIONAL MORTGAGE ASSOCIATION, under Bankruptcy Code section 362(d) for relief from the automatic stay and providing for prospective relief as to certain real property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

<u>42 WEST DORY DRIVE, LITTLE EGG HARBOR, NJ 08087</u>.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the Automatic Stay shall not apply to any future filings by the Debtor(s), <u>CHARLES SPECHT dba</u>

<u>CHARLES J SPECHT & SONS, LLC</u>, their successors, and or assigns, as against FEDERAL NATIONAL MORTGAGE ASSOCIATION, its successors, or assigns, to act as a bar on the State Court Proceedings.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this Order on the Debtor(s), any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27530-MBK
Charles Specht                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Nov 15, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db              +Charles Specht,    114 Rake Factory Road,    Flemington, NJ 08822-5625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           ajennings@rasflaw.com
          Joan Sirkis Warren    on behalf of Debtor Charles  Specht joan@joanlaverylaw.com
          R. A. Lebron    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series
           2007-CH5 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6