Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27530–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles Specht
   dba Charles J Specht & Sons, LLC
   114 Rake Factory Road
   Flemington, NJ 08822

Social Security No.:
   xxx–xx–4360

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on September 12, 2019 and a confirmation hearing on such Plan has been scheduled for February 4, 2020.

The debtor filed a Modified Plan on January 29, 2020 and a confirmation hearing on the Modified Plan is scheduled for March 3, 2020 at 10:00am. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.


Dated: January 31, 2020
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-27530-MBK
Charles Specht                                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jan 31, 2020
                              Form ID: 186             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
```
db          +Charles Specht,    114 Rake Factory Road,    Flemington, NJ 08822-5625
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
518520161   +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518457642    Eagle Rock Resort,    c/o Lorine Angelo Ogurkis, Esq,    1031 Valley of Lakes,
              Hazleton, PA 18202
518457643   +Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
518521855   +Nationstar Mortgage LLC,    c/o RAS Citron LLC,    130 Clinton Road, Suite 202,
              Fairfield NJ 07004-2927
518533809   +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Dept,    PO Box 619096,
              Dallas TX 75261-9096
518457644   +RAS Citron Law Offices,    130 Clinton road, Suite 202,    Fairfield, NJ 07004-2927
518457645   +SLS,   8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2020 00:25:29     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2020 00:25:26     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518524869    E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 00:33:19
              Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
518457641    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2020 00:33:06     Capital One,
              PO Box 6492,   Carol Stream, IL 60197-6492
518475977   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 01 2020 00:34:47
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518457640     43 North Main
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
```
             Albert Russo    docs@russotrustee.com
             Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
              ajennings@rasflaw.com
             Joan Sirkis Warren    on behalf of Debtor Charles  Specht joan@joanlaverylaw.com
             R. A. Lebron    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
              bankruptcy@feinsuch.com
             Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
              J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series
              2007-CH5 rsolarz@kmllawgroup.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```