| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-27530 / MBK**

Charles Specht

Petition Filed Date: 09/12/2019
341 Hearing Date: 10/10/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/04/2019 | $250.00 | 540913893 | 11/06/2019 | $250.00 | 540915120 | 12/05/2019 | $250.00 | 540916367 |

**Total Receipts for the Period:  $750.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Charles Specht | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joan Sirkis Warren | Attorney Fees | $2,500.00 | $0.00 | $2,500.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,076.40 | $0.00 | $0.00 |
| 2 | DEUTSCHE BANK NATL TRUST COMPANY | Mortgage Arrears | $282,363.06 | $0.00 | $0.00 |
|   | »»  P/114 RAKE FACTORY RD/1ST MTG |   |   |   |   |
| 3 | ASHLEY FUNDING SERVICES, LLC | Unsecured Creditors | $506.00 | $0.00 | $0.00 |
| 4 | NATIONSTAR MORTGAGE d/b/a MR. COOPER | Mortgage Arrears | $42,747.11 | $0.00 | $0.00 |
|   | »»  NP/42 WEST DORY/1ST MTG |   |   |   |   |

**Chapter 13 Case No. 19-27530 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,250.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $90.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,160.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**