UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
(215)627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as Trustee
for J.P. Morgan Mortgage Acquisition Trust 2007-
CH5, Asset-Backed Pass-Through Certificates Series
2007-CH5

**Order Filed on March 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.:  19-27530 MBK |
| | Adv. No.: |
| Charles Specht | Hearing Date:  11/13/19 @ 10:00 a.m. |
| Debtor. | Judge:  Michael B. Kaplan |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: March 5, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:              Charles Specht
Case No.:            19-27530 MBK
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee for  J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series 2007-CH5, holder of a mortgage on real property located at 114 Rake Factory Road, Flemington, NJ 08822-5625, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Joan Sirkis Warren, Esquire, attorney for Debtor, Charles Specht and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by April 1, 2020, or as may be extended by modified plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's claim while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Charles Specht
      Debtor

Case No. 19-27530-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 1       Date Rcvd: Mar 06, 2020
                         Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db             +Charles Specht,     114 Rake Factory Road,     Flemington, NJ 08822-5625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
         Albert   Russo   docs@russotrustee.com
         Aleisha Candace Jennings   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         ajennings@rasflaw.com
         Joan Sirkis Warren   on behalf of Debtor Charles  Specht joan@joanlaverylaw.com
         R. A. Lebron   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
         bankruptcy@feinsuch.com
         Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
         J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series
         2007-CH5 rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                       TOTAL: 6