| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series 2007-CH5 | **Order Filed on October 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: <u>19-27530 MBK</u> |
| In Re:<br>    Charles Specht<br><br>Debtor. | Adv. No.:<br>Hearing Date: 9/15/2020 @ 9:00 a.m.<br>Judge: <u>Michael B. Kaplan</u> |

## ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three(3) is hereby **ORDERED.**

**DATED: October 7, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Charles Specht
Case No:  19-27530 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor,  Deutsche Bank National Trust Company, as Trustee for  J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series 2007-CH5, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 114 Rake Factory Rd, Flemington, NJ 08822-5625, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joan Sirkis Warren, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 22, 2020 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2019 through September 2020 for a total post-petition default of $44,651.19 (1 @ $4,821.86, 9 @ $4,821.85, $3,567.32 less suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $44,651.19 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will submit a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2020, directly to Secured Creditor, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:  Charles Specht
Case No:  19-27530 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF

_____

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and motion for relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-27530-MBK

Charles Specht  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 2
Date Rcvd: Oct 07, 2020   Form ID: pdf903   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charles Specht, 114 Rake Factory Road, Flemington, NJ 08822-5625 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@rasflaw.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Asset-Backed Pass-Through Certificates Series 2007-CH5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Charles Specht joan@joanlaverylaw.com |
| R. A. Lebron | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf903 | Total Noticed: 1 |

        on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com

Rebecca Ann Solarz

        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH5,
Asset-Backed Pass-Through Certificates Series 2007-CH5 rsolarz@kmllawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8