| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-27530 / MBK**

Charles Specht

Petition Filed Date: 09/12/2019
341 Hearing Date: 10/10/2019
Confirmation Date: 03/03/2020

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $250.00 | 542060188 | 02/11/2020 | $250.00 | 542061696 | 03/10/2020 | $250.00 | 542062855 |
| 04/17/2020 | $250.00 | 542932997 | 05/15/2020 | $250.00 | 542064655 | 06/16/2020 | $250.00 | 543250574 |
| 07/20/2020 | $250.00 | 543251992 | 08/18/2020 | $250.00 | 543538495 | 09/15/2020 | $250.00 | 543253926 |
| 10/21/2020 | $1,250.00 | 544135432 | 12/01/2020 | $1,042.00 | 544304193 | 12/22/2020 | $1,042.00 | 544304338 |
| 01/22/2021 | $1,042.00 | 544305960 | | | | | | |

**Total Receipts for the Period: $6,626.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,376.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Charles Specht | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joan Sirkis Warren<br>»» 1/15/20 AMD DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,076.40 | $0.00 | $1,076.40 |
| 2 | DEUTSCHE BANK NATL TRUST COMPANY<br>»» P/114 RAKE FACTORY RD/1ST MTG/ORDER 3/5/20 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $282,363.06 | $0.00 | $282,363.06 |
| 3 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $506.00 | $0.00 | $506.00 |
| 4 | NATIONSTAR MORTGAGE d/b/a MR. COOPER<br>»» NP/42 WEST DORY/1ST MTG/ORDER SV 11/14/2019 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 5 | DEUTSCHE BANK NATL TRUST COMPANY<br>»» P/114 RAKE FACTORY RD/1ST MTG/POST-PET 10/7/20 ORD | Mortgage Arrears | $44,651.19 | $2,824.63 | $41,826.56 |
| 6 | DEUTSCHE BANK NATL TRUST COMPANY<br>»» P/114 RAKE FACTORY RD/1ST MTG/ATTY FEE 10/7/20 ORD | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 19-27530 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,376.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $5,855.63 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $524.93 | Arrearages: | ($3,126.00) |
| Funds on Hand: | $995.44 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**