| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Rebecca A. Solarz Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>Attorneys for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 | |
| In Re:<br>Charles Specht dba Charles J Specht & Sons, LLC<br><br>Debtor(s). | Case No: <u>19-27530 MBK</u><br><br>Chapter: <u>13</u><br><br>Judge: <u>Michael B. Kaplan</u> |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 11/12/2021

/s/ *Denise Carlon*
Denise Carlon
12 Nov 2021, 15:52:36, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: eb69a79b04b30ffcad23ef8d3358aa83e9727bfe4ce766b8991a3728d31cdc61