# UNITED STATES BANKRUPTCY COURT
### District of New Jersey (Trenton)

| | |
|---|---|
| IN RE: | Case No: 19-27530 |
| | Loan Number (Last 4): 0215 |
| Debtors: Charles Specht | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 | |
| Serviced by Select Portfolio Servicing, Inc. | Deutsche Bank National Trust Co. Trustee (See 410) |
| | c/o Specialized Loan Servicing LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 2 |
| Amount of Claim: | $730,738.83 |
| Date Claim Filed: | 10/18/2019 |
| Last Four Digits of Acct #: | 1449 |

Phone:                  1-800-258-8602
Last Four Digits of Acct #:  0215

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:                  1-800-258-8602
Last Four Digits of Acct #:  0215

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ John Shelley | Date: 11/26/2021 |
| InfoEx, LLC, as authorized filing agent | |
| (Approved by: Sudhakara Babu) | |

Specific Contact Information:

Sudhakara Babu - BK Specialist II

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100A (Form 2100A) (12/15)

495051-e757d9fb-aa26-464c-9852-76a5b5d70233-