| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-27530 / MBK**

Charles Specht

Petition Filed Date: 09/12/2019
341 Hearing Date: 10/10/2019
Confirmation Date: 03/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2021 | $1,042.00 | 544305960 | 03/04/2021 | $1,042.00 | 545367150 | 03/30/2021 | $1,042.00 | 545366676 |
| 04/26/2021 | $1,042.00 | 545365361 | 05/27/2021 | $1,042.00 | 544961856 | 06/29/2021 | $1,042.00 | 545369602 |

**Total Receipts for the Period:  $6,252.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,586.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Charles Specht | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joan Sirkis Warren<br>»»  1/15/20 AMD DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,076.40 | $0.00 | $1,076.40 |
| 2 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  P/114 RAKE FACTORY RD/1ST MTG/ORDER 3/5/20 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $282,363.06 | $0.00 | $282,363.06 |
| 3 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $506.00 | $0.00 | $506.00 |
| 4 | NATIONSTAR MORTGAGE d/b/a MR. COOPER<br>»»  NP/42 WEST DORY/1ST MTG/ORDER SV 11/14/2019 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 5 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  P/114 RAKE FACTORY RD/1ST MTG/POST-PET 10/7/20 ORD | Mortgage Arrears | $44,651.19 | $8,695.27 | $35,955.92 |
| 6 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  P/114 RAKE FACTORY RD/1ST MTG/ATTY FEE 10/7/20 ORD | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 19-27530 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | |
|---|---|---|
| Total Receipts: | $12,586.00 | Percent to General Unsecured Creditors: 100% |
| Paid to Claims: | $11,726.27 | Current Monthly Payment: $250.00 |
| Paid to Trustee: | $842.73 | Arrearages: ($5,336.00) |
| Funds on Hand: | $17.00 | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

